**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**CHARLES A. WINSTON**                                                               **PLAINTIFF**
**ADC #084733**

**v.**                                    **CASE NO. 5:18-CV-00214 BSM**

**CORRECT CARE SOLUTION, et al.**                                         **DEFENDANTS**

## ORDER

The proposed findings and recommendation [Doc. No. 4] submitted by United States Magistrate Judge Patricia S. Harris has been reviewed. No objections have been filed. After careful review of the record, the proposed findings and recommendation are adopted in their entirety. Accordingly, plaintiff Charles Winston's motion for leave to proceed *in forma pauperis* [Doc. No. 2] is denied, and this case is dismissed without prejudice. Winston has thirty days to reopen the case by paying the full $400 filing and administrative fees and filing a motion to reopen.

IT IS SO ORDERED this 2nd day of October 2018.

_Brian S. Miller_
UNITED STATES DISTRICT JUDGE